NOWY SWIAT PUBLISHING CO., INC., Appellant, v. SOPHIE MISIEWICZ and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

JOHN CUSACK, an Infant, etc., Respondent, v. NATHAN OTTINGER and Others, as Executors, etc., of MOSES OTTINGER, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Clarke, P. J., and Martin, J., dissent and vote for reversal.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of THOMAS CLOAKE, Respondent, v. GRATO SELLA, Appellant.— Judgment reversed on the ground that the defendant's acts are not within the provisions of the Greater New York Charter in question.* Settle order on notice. Present —. Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; McAvoy and Burr, JJ., dissent.

BANQUE BELGE POUR L'ETRANGER, Respondent, v. NATIONAL CITY BANK OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE EASTERN EXCHANGE BANK, Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Merrell and Burr, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR GROSS, Appellant, Impleaded, etc.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

NATHAN CARP, Respondent, v. MATTHEW'S EXPRESS & VAN CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE CITY OF NEW YORK, Respondent, v. DOMENICO SALEMI, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

IGNATIUS DEVLIN, Appellant, v. JEFFERSON TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE M. SHAW, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EMPLOYERS' FIRE INSURANCE COMPANY, Appellant, v. MATTIE COTTEN, Respondent, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EDWARD RHEINHARDT, Respondent, v. UNITED STATES STEEL PRODUCTS COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

———

* See Laws of 1901, chap. 466, §§ 242-a, 242-b, added by Laws of 1914, chap. 470, as amd. by Laws of 1924, chap. 295; Id. § 719-b, as added by Laws of 1916, chap. 503.— [REP.